IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :        CHAPTER 13
    WESTLEY A. RETZLER        :
        Debtor                      :        BANKRUPTCY NO. 17-18238 amc

## **CERTIFICATION OF NO OBJECTION**

    The undersigned, as attorney for Debtor, hereby certifies that No Answer and/or Objection, or other responsive pleading or request for a hearing has been filed by any party on or before the last filing date of September 11, 2018, regarding the Application for Compensation of Debtor's Counsel.

  09-12-18                                                  /s/Jeffrey C. McCullough
Date                                                       Jeffrey C. McCullough, Esquire
                                                              Attorney for Debtor
                                                              16 N. Franklin St., Suite 300
                                                              Doylestown, PA  18901
                                                              215-348-8133
                                                              215-348-0428 - Fax