IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :        CHAPTER 13
    WESTLEY A. RETZLER              :
        Debtor                :        BANKRUPTCY NO. 17-18238 amc

### ORDER ALLOWING COMPENSATION TO DEBTOR'S COUNSEL

AND NOW, this 17th day of September, 2018, upon consideration of the Application for Compensation and Reimbursement of Expenses, it is hereby

ORDERED AND DECREED, that said application is approved, and it is

FURTHER ORDERED that Jeffrey C. McCullough, Esquire is hereby allowed the sum of $3712.50 as compensation for professional services rendered as counsel to Debtor in connection with performance of his representation of which $2000.00 has been paid. The balance of the fee of $1712.50 is authorized to be paid to the extent provided for by the terms of the Debtor's Confirmed Chapter 13 Plan.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. Bankruptcy Judge