United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Westley A. Retzler  
      Debtor

Case No. 17-18238-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: Sep 17, 2018  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2018.  
db        +Westley A. Retzler,    504 Western Ave.,    Bristol, PA 19007-3034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2018 at the address(es) listed below:  
        J. TODD BUCKLEY SAVARESE    on behalf of Creditor    Inspire Federal Credit Union f/k/a Bucks First Federal Credit Union todd@savareselaw.com, toddsav@verizon.net  
        JAMES RANDOLPH WOOD    on behalf of Creditor    Bristol Township jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
        JEFFREY C. MCCULLOUGH    on behalf of Debtor Westley A. Retzler jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| WESTLEY A. RETZLER | : | |
| Debtor | : | BANKRUPTCY NO. 17-18238 amc |

### ORDER ALLOWING COMPENSATION TO DEBTOR'S COUNSEL

AND NOW, this 17th day of September, 2018, upon consideration of the Application for Compensation and Reimbursement of Expenses, it is hereby

ORDERED AND DECREED, that said application is approved, and it is

FURTHER ORDERED that Jeffrey C. McCullough, Esquire is hereby allowed the sum of $3712.50 as compensation for professional services rendered as counsel to Debtor in connection with performance of his representation of which $2000.00 has been paid. The balance of the fee of $1712.50 is authorized to be paid to the extent provided for by the terms of the Debtor's Confirmed Chapter 13 Plan.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. Bankruptcy Judge