United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Westley A. Retzler
    Debtor

Case No. 17-18238-amc
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Virginia | Page 1 of 1 | Date Rcvd: Dec 26, 2018 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2018.
db          +Westley A. Retzler,   504 Western Avenue,   Bristol, PA 19007-3034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2018 at the address(es) listed below:
        J. TODD BUCKLEY SAVARESE    on behalf of Creditor    Inspire Federal Credit Union f/k/a Bucks First Federal Credit Union todd@savareselaw.com, toddsav@verizon.net
        JAMES RANDOLPH WOOD    on behalf of Creditor    Bristol Township jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
        JEFFREY C. MCCULLOUGH    on behalf of Debtor Westley A. Retzler jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com
        LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
        REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                          TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Westley A. Retzler <br>                Debtor | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY <br>                Movant <br> vs. | NO. 17-18238 AMC |
| Westley A. Retzler <br>                Debtor <br> Laura L. Warden     Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq. <br>                Trustee | |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtors' residence is **$9,657.12**, which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | May 2018 to December 2018 at $1,184.00/month |
| Late Charges: | May 2018 to December 2018 at $23.14/month |
| **Total Post-Petition Arrears** | **$9,657.12** |

2. The Debtors shall cure said arrearages in the following manner;

a). A down payment of **$4,000.00** is to be made by December 31, 2018;

b). Beginning on January 1, 2019 and continuing through October 1, 2019, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$1,184.00** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$565.72 for January 2019 to September 2019 and $565.64 for October 2019** towards the arrearages on or before the last day of each month at the address below;

**PHFA Loan Servicing Division**
211 North Front Street
Harrisburg, Pennsylvania 17101

c). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtors' attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: December 7, 2018                    By: /s/ Rebecca A. Solarz, Esquire
                                          Rebecca A. Solarz, Esquire

Date: December 17, 2018
                                          /s/ Jeffrey C. McCullough
                                          Jeffrey C. McCullough, Esquire
                                          Attorney for Debtors                **NO OBJECTION**

Date: 12-19-18
                                          JACK William C. Miller, Esquire     *****without prejudice to any
                                          Chapter 13 Trustee                   trustee rights or remedies**

Approved by the Court this 26th day of December, 2018. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Ashely M. Chan