# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Westley A. Retzler<br>　　　　　　　　　Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　v.<br>Westley A. Retzler<br>　　　　　and<br>William C. Miller Esq.<br>　　　　　　　Trustee | Chapter 13<br><br>NO. 17-18238 ELF |

## ORDER

AND NOW, this 17th day of March, 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on December 19, 2018 it is ORDERED that:

The automatic stay under 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PENNSYLVANIA HOUSING FINANCE AGENCY and its successor in title to proceed with the execution process with respect to (and through, among other remedies but not limited to Sheriff's Sale) the premises 504 Western Avenue Bristol, PA 19007.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Westley A. Retzler
504 Western Avenue
Bristol, PA 19007

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Jeffrey C. McCullough Esq.
16 N. Franklin Street (VIA ECF)
Suite 300
Doylestown, PA 18901

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532