# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-18238-ELF

WESTLEY A RETZLER

504 WESTERN AVE

BRISTOL, PA 19007

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

WESTLEY A RETZLER

504 WESTERN AVE

BRISTOL, PA 19007

Counsel for debtor(s), by electronic notice only.

JEFFREY C MCCULLOUGH
16 N FRANKLIN ST
SUITE 300
DOYLESTOWN, PA 18901

Date: 4/22/2021

/S/ William C. Miller

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee