**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: WESTLEY A RETZLER

Debtor(s)

: CHAPTER 13
:
: BANKRUPTCY NO. 17-18238-ELF
:

## PRAECIPE TO WITHDRAW DOCUMENT

Kindly withdraw the Chapter 13 Trustee's NOTICE OF FINAL CURE #66

Respectfully submitted,

Date: 1/5/2023

/s/ Kenneth E. West
Kenneth E. West, Esquire
Chapter 13 Standing Trustee