# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :  N0. 17-18238 - elf
    WESTLEY A. RETZLER  :
        Debtor  :  Chapter 13

## ORDER

AND NOW, this 11th day of January, 2023 upon consideration of Debtor's Motion to Extend Time to File Statement of Completion of Instructional Course Concerning Personal Financial Management pursuant to L.B.R. 9014-2 is hereby

**ORDERED** and Debtor's Motion is granted and the time for Debtor to file a Statement of Completion of Instructional Course Concerning Personal Financial Management is extended to **January 27, 2023**.

_____
Eric L. Frank
U.S. Bankruptcy Judge