United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 17-18238-elf

Westley A. Retzler  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2
Date Rcvd: Jan 26, 2023    Form ID: 138OBJ    Total Noticed: 13

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Westley A. Retzler, 504 Western Avenue, Bristol, PA 19007-3034 |
| 14024668 | | Berkheimer Tax, P.O.Box 25153, Lehigh Valley, PA 18002-5153 |
| 14024669 | + | Bristol Township, 2501 Bath Road, Bristol, PA 19007-2150 |
| 14054685 | + | Bristol Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14024672 | + | Diane Boehret, Esquire, Portnoff Law, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14030609 | + | J. Todd Savarese, Esquire, Atty for Federal Credit Union, 80 N. 2nd St. Pike, Churchville, PA 18966-1057 |
| 14185137 | + | Jeffrey C. McCullough, Esquire, 16 North Franklin Street, Suite 300, Doylestown, PA 18901-3556 |
| 14275264 | + | Pennsylvania Housing Finance Agency, c/o Rebecca A. Solarz, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 27 2023 00:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 27 2023 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14024673 | | Email/Text: jmerrill@inspirefcu.org | Jan 27 2023 00:33:00 | Inspire Federal Credit Union, 2104 Bath Road, Bristol, PA 19007 |
| 14126389 | + | Email/Text: blegal@phfa.org | Jan 27 2023 00:33:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14024674 | | Email/Text: blegal@phfa.org | Jan 27 2023 00:33:00 | Pennsylvania Housing Finance Agency, P.O.Box 15057, Harrisburg, PA 17105-5057 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14056413 | | Inspire Federal Credit Union |
| 14056412 | | Inspire Federal Credit Union f/k/a Bucks First FCU |
| 14024670 | *+ | Bristol Township, 2501 Bath Road, Bristol, PA 19007-2150 |
| 14024671 | *+ | Bristol Township, 2501 Bath Road, Bristol, PA 19007-2150 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: 138OBJ | Total Noticed: 13 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:

**Name**  **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

J. TODD BUCKLEY SAVARESE
on behalf of Creditor Inspire Federal Credit Union f/k/a Bucks First Federal Credit Union todd@savareselaw.com toddsav@verizon.net

JAMES RANDOLPH WOOD
on behalf of Creditor Bristol Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JEFFREY C. MCCULLOUGH
on behalf of Debtor Westley A. Retzler jeffmccullough@bondmccullough.com lchung@bondmccullough.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

LEON P. HALLER
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Westley A. Retzler
      Debtor(s)

Case No: 17−18238−elf
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/26/23

73 − 60
Form 138OBJ